IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN D. FRAZIER,

                          Petitioner,                              ORDER

       v.

MICHAEL MEISNER,                                            25-cv-242-wmc

                          Respondent.

Petitioner Brian Frazier, who is incarcerated by the Wisconsin Department of Corrections at the Fox Lake Correctional Institution, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, which respondent moved to dismiss as untimely under 28 U.S.C. § 2244(d)(1). The court granted the motion with respect to three of petitioner's claims but denied it with respect to his claims that: (1) his rights to due process and equal protection were violated when police prematurely disposed of a bedsheet and related blood evidence in 2016; and (2) his postconviction counsel was ineffective for failing to question him about the impact trial counsel's failure to inform him of a potential *Miranda* violation during a *Machner* hearing on his first postconviction motion. (Dkt. #11.) While the court gave petitioner an opportunity to file a brief in support of his two surviving claims or inform the court that he does not wish to proceed, he instead moved for reconsideration of the court's dismissal of his other three claims, which the court denied. (*See* dkt. #14.) Now petitioner asks the court to order "the compilation and delivery of the record," arguing that it is impossible for him to properly brief his claims without a record to cite. (Dkt. #16.) Because the court understands that petitioner wants to proceed with the above two, timely claims without filing a supporting brief, it will grant his motion and direct respondent to respond.

ORDER

IT IS ORDERED that:

1.  Within 60 days of the date of service of this order, respondent must file a response to the remaining claims in the petition, as set forth above, in compliance with Rule 5 of the Rules Governing Section 2254 Cases, showing cause, if any, why this writ should not issue.

2.  Respondent must accompany his response with an appendix of the entire state court record, including transcripts of the trial proceedings and any relevant postconviction hearings.

3.  Respondent must address all claims on the merits, even if respondent argues that the petition fails on one or more procedural grounds.

4.  Petitioner may, if he wishes, file a reply within 30 days after respondent has filed its response.

Entered this 17th day of April, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge